**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RA'SHEEN J. BROWN,**<br><br>               Plaintiff,<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al.,**<br>               Defendants. | **CIVIL ACTION**<br><br>**NO. 24-1019** |
| **RA'SHEEN J. BROWN,**<br><br>               Plaintiff,<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al.,**<br>               Defendants. | **CIVIL ACTION**<br><br>**NO. 25-2433** |

**ORDER**

**AND NOW**, this 16th day of January 2026, upon review of the docket in these cases and Plaintiff's status update (No. 24-1019, ECF 111), it is hereby **ORDERED** that the case captioned Brown v. City of Philadelphia, No. 25-cv-2433-MMB is **DISMISSED without prejudice**.

                              **BY THE COURT:**

                              **/s/ Michael M. Baylson**

                              **MICHAEL M. BAYLSON, U.S.D.J**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1019 Brown v City\24-1019, Order Dismissing 25-2433.docx